IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-02248-WYD-MJW

MANDY ELTHORP,

    Plaintiff,

v.

FIRST REVENUE ASSURANCE, LLC, a Delaware limited liability company,

    Defendant.

---

ORDER DISMISSING CASE WITH PREJUDICE

---

    THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

    Dated:  January 2, 2007

                                     BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       U. S. District Judge